**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-465-ML**

**JEFFREY S. MARON,**
**Plaintiff**

**VS.**

**H.R.M., INC., and**
**MARINE RESCUE SERVICE, INC.**
**Defendants**

**STIPULATION OF DISMISSAL**

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 2nd day of December, 2005.

**ATTORNEY FOR PLAINTIFF**

**CLINTON & MUZYKA, P.C.**

Robert E. Collins

Robert E. Collins
**BAR NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Enter:
Mary M. Lisi
USDJ 12/6/05